## Nina Thomasson et al., for use of Harry S. Mecartney, Appellee, v. City of Chicago, Appellant.

### Gen. No. 14,362.

This case is controlled by the decision in Mecartney v. Chicago, *ante*, p. 275.

Assumpsit. Appeal from the Circuit Court of Cook county; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in this court at the October term, 1908. Reversed and remanded with directions. Opinion filed October 7, 1909. Rehearing denied October 21, 1909.

GEORGE A. MASON, FRANK JOHNSTON, JR., and EDGAR R. HART, for appellant; EDWARD J. BRUNDAGE, of counsel.

OLIVER & MECARTNEY and ENOCH J. PRICE, for appellee.

PER CURIAM. The questions involved in this case are the same as those presented and decided in Mecartney v. Chicago, *ante*, p. 275.

The reasons given in the opinion reversing the judgment, with directions, in that case, are equally applicable to this, and need not be repeated here. The judgment of the Circuit Court will be reversed and the cause remanded with directions to sustain the demurrer to the amended declaration as amended.

*Reversed and remanded with directions.*

## George D. Phelps, for use of Harry S. Mecartney, Appellee, v. City of Chicago, Appellant.

### Gen. No. 14,363.

This case is controlled by the decision in Mecartney v. Chicago, *ante*, p. 275.

Assumpsit. Appeal from the Circuit Court of Cook county; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in this court

at the October term, 1908. Reversed and remanded with directions. Opinion filed October 7, 1909. Rehearing denied October 21, 1909.

GEORGE A. MASON, FRANK JOHNSTON, JR., and EDGAR R. HART, for appellant; EDWARD J. BRUNDAGE, of counsel.

OLIVER & MECARTNEY and ENOCH J. PRICE, for appellee.

PER CURIAM. The questions involved in this case are the same as those presented and decided in Mecartney v. Chicago, *ante*, p. 275.

The reasons given in the opinion reversing the judgment, with directions, in that case, are equally applicable to this, and need not be repeated here. The judgment of the Circuit Court will be reversed and the cause remanded with directions to sustain the demurrer to the amended declaration as amended.

*Reversed and remanded with directions.*

---

## Phila D. Raymond et al., Appellants, v. The Northern Trust Company et al., Appellees.

### Gen. No. 14,573.

WILLS—*rule against perpetuities defined.* A perpetuity is defined to be a limitation taking the property out of commerce for a longer period of time than a life or lives in being and twenty-one years beyond, and in case of a posthumous child, a few months more, allowing for the time of gestation.

Bill to set aside trust. Appeal from the Circuit Court of Cook county; the Hon. GEORGE A. CARPENTER, Judge, presiding. Heard in this court at the March term, 1908. Affirmed. Opinion filed October 7, 1909.

Statement by the Court. Appellants filed in the Circuit Court of Cook county their bill to set aside the trust provisions in the will of Oliver W. Barrett and